UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 12-36369-H1-7 |
|---|---|---|
| | § | |
| MANAR BEVERAGE, INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph M. Hill, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,430.66 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $4,000.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $9,609.24 | | |

3) Total gross receipts of $13,609.24 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,609.24 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $2,620.84 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $33,010.11 | $11,330.04 | $9,609.24 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $250,105.17 | $197,065.72 | $4,000.00 |
| **Total Disbursements** | $0.00 | $285,736.12 | $208,395.76 | $13,609.24 |

  4). This case was originally filed under chapter 7 on 08/28/2012. The case was pending for 62 months.

  5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/04/2017</u>          By:  <u>/s/ Joseph M. Hill</u>
                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1982 Hess Trailer VIN 1H9RA1212CK008353 | 1129-000 | $750.00 |
| 1995 International Box truck VIN # 1HTSCACM1SH599423 | 1129-000 | $1,600.00 |
| 1999 Freightliner Truck VIN # 1FV6HFBA4XHA17513 | 1129-000 | $3,700.00 |
| 2007 Chrysler 4 Door Sedan VIN 3A4FY5867T539686 | 1129-000 | $3,000.00 |
| Refund-Texas Workforce Commission | 1224-000 | $9.24 |
| 1987 International Box Van VIN 1HTLDTVN7HH532779 | 1229-000 | $1,650.00 |
| 2000 Homemade trailer | 1229-000 | $500.00 |
| 2001 Hyundai Trailer VIN 3H3V532C81T012002 | 1229-000 | $2,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,609.24** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fort Bend County | 4110-000 | $0.00 | $1,385.50 | $0.00 | $0.00 |
| 2 | Harris County et al | 4110-000 | $0.00 | $1,235.34 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,620.84** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P., Trustee | 2100-000 | NA | $2,110.92 | $2,110.92 | $390.12 |
| Cage, Hill & Niehaus L.L.P. , Trustee | 2200-000 | NA | $256.75 | $47.46 | $47.46 |
| George Adams | 2300-000 | NA | $23.75 | $23.75 | $23.75 |
| International Sureties, Ltd | 2300-000 | NA | $7.42 | $7.42 | $7.42 |
| Integrity Bank | 2600-000 | NA | $693.02 | $693.02 | $693.02 |
| JPMorgan Chase Bank, N.A. | 2990-000 | NA | $59.81 | $59.81 | $59.81 |
| Cage, Hill & Niehaus L.L.P., Attorney for Trustee | 3110-000 | NA | $21,802.75 | $4,029.41 | $4,029.41 |

| | | | | | |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P., Attorney for Trustee | 3120-000 | NA | $778.93 | $143.96 | $143.96 |
| William G West, P.C., CPA, Accountant for Trustee | 3410-000 | NA | $3,708.49 | $685.37 | $685.37 |
| William G West, P.C., CPA, Accountant for Trustee | 3420-000 | NA | $48.27 | $8.92 | $8.92 |
| Auctioneer for Trustee | 3610-000 | NA | $1,360.00 | $1,360.00 | $1,360.00 |
| Auctioneer for Trustee | 3620-000 | NA | $2,160.00 | $2,160.00 | $2,160.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $33,010.11 | $11,330.04 | $9,609.24 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
 NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
 NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | D Stores Direct d/b/a Multisnacks N Food | 7100-000 | $0.00 | $53,039.45 | $53,039.45 | $1,076.58 |
| 4 | D Stores Direct d/b/a Multisnacks N Food | 7100-000 | $0.00 | $53,039.45 | $0.00 | $0.00 |
| 5 | La Familia Distributing, LLC | 7100-000 | $0.00 | $144,026.27 | $144,026.27 | $2,923.42 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $250,105.17 | $197,065.72 | $4,000.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 12-36369-H1-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| | | §341(a) Meeting Date: | 12/27/2012 |
| For the Period Ending: | 10/4/2017 | Claims Bar Date: | 04/03/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Prosperity Bank x0452 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Wells Fargo x3993 | $0.16 | $0.00 | | $0.00 | FA |
| 3 | 2002 Chevrolet Van Vin# 1GCFG15W421216763 currently located at Webster's Auction | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 4 | 2007 Chrysler 4 Door Sedan VIN 3A4FY5867T539686 | $5,000.00 | $3,000.00 | | $3,000.00 | FA |
| Asset Notes: | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 5 | 1999 Freightliner Truck VIN # 1FV6HFBA4XHA17513 | $3,500.00 | $3,700.00 | | $3,700.00 | FA |
| Asset Notes: | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 6 | 1995 International Box truck VIN # 1HTSCACM1SH599423 | $1,500.00 | $1,600.00 | | $1,600.00 | FA |
| Asset Notes: | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 7 | 1982 Hess Trailer VIN 1H9RA1212CK008353 | $1,500.00 | $750.00 | | $750.00 | FA |
| Asset Notes: | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 8 | 1998 Freightliner Truck VIN#1FUWJLBB0WH909544 | $4,000.00 | $0.00 | | $0.00 | FA |
| 9 | Nissan Forklift | $1,600.00 | $0.00 | | $0.00 | FA |
| 10 | Spicewood ( Stawberry) 19 cases $4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 11 | Shasta Cream Soda 9 cases $2.00 | $2.00 | $0.00 | | $0.00 | FA |
| 12 | Shasta Punch 12 cases $ 2.00 | $2.00 | $0.00 | | $0.00 | FA |
| 13 | Shasta Orange 3 cases $ 2.00 | $2.00 | $0.00 | | $0.00 | FA |
| 14 | Shasta Stawberry/Kiwi 20 cases $2.00 | $2.00 | $0.00 | | $0.00 | FA |
| 15 | Mountain Dew Partial Pallet $ .50 | $0.50 | $0.00 | | $0.00 | FA |
| 16 | Dr. Pepper 8 cases $ 1.00 | $1.00 | $0.00 | | $0.00 | FA |
| 17 | Spicewood (Grape) 1 1/2 pallets $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 18 | Spicewood Pineapple Partial Pallet $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 19 | Spicewood Pineapple/Strawberry 1 pallet $4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 20 | Spicewood lemon/lime Partial pallet $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 12-36369-H1-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 10/4/2017 | §341(a) Meeting Date: | 12/27/2012 |
| | | Claims Bar Date: | 04/03/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Spicewood Strawberry 3 cases $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 22 | Out of date: Tallboy Arizona Tea Partial pallet 17 cases 1/2 case New York Spring Water 3 pallets 13 cases | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Cintron Energy Drink 1/2 Pallet $1.00 | $1.00 | $0.00 | | $0.00 | FA |
| 24 | Spicewood lemon/lime 32 cases $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 25 | Spicewood Pineapple 7 cases $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 26 | Sparkletts 32 cases $ 0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 27 | Ozarka 23 cases $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 28 | Music Mountain 10 cases $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Sparkletts 13 Pallets/35 cases per pallet $2.00 Uses during Katrina (2005) | $2.00 | $0.00 | | $0.00 | FA |
| 30 | Spicewood Cola 1 Pallet & 7 cases $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 31 | Spicewood Pineapple 2 Pallets $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 32 | Spicewood Raiz Partial Pallet $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 33 | Spicewood Blue Cream 2 Pallets& Partial Pallet $ 4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 34 | Spicewood Peach Partial Pallet $4.00 | $4.00 | $0.00 | | $0.00 | FA |
| 35 | Cinturon Pineapple Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 36 | Cinturon Citrus Mango Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 37 | Cinturon Cranberry Splash Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 38 | Cinturon Original Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 39 | High Five fruitpunch Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 40 | High Five Incredible Orange 4 cases | $4.00 | $0.00 | | $0.00 | FA |
| 41 | High "5" Delicious Apple 1 case | $4.00 | $0.00 | | $0.00 | FA |
| 42 | High Five Lucious Blueberry Partial Pallet | $4.00 | $0.00 | | $0.00 | FA |
| 43 | Ozarka 1 Gallon 5 Boxes | $4.00 | $0.00 | | $0.00 | FA |
| 44 | Arizona Grapeade 3cases | $0.00 | $0.00 | | $0.00 | FA |
| 45 | Arizona Kiwi-Strawberry 5 cases | $0.00 | $0.00 | | $0.00 | FA |
| 46 | Arizona Fruitpunch 1 case | $4.00 | $0.00 | | $0.00 | FA |
| 47 | 2nd Row Back Spicewood Lemonade 2cases | $4.00 | $0.00 | | $0.00 | FA |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 3    Exhibit 8

| Case No.: | 12-36369-H1-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 10/4/2017 | §341(a) Meeting Date: | 12/27/2012 |
| | | Claims Bar Date: | 04/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 48  Misc. cases Arizona Tea 6 cases | $1.00 | $0.00 | | $0.00 | FA |
| 49  Herbal Arizona 1 cases | $1.00 | $0.00 | | $0.00 | FA |
| 50  Clamato 2 partial pallets | $4.00 | $0.00 | | $0.00 | FA |
| 51  Foco Coconut Juice 2 partiak pallet4 | $4.00 | $0.00 | | $0.00 | FA |
| 52  Cintron Raspberry Tea 5 cases | $1.00 | $0.00 | | $0.00 | FA |
| 53  Cintron Fruitpunch 1 case | $1.00 | $0.00 | | $0.00 | FA |
| 54  Cintron Sweet Tea 8 Cases | $1.00 | $0.00 | | $0.00 | FA |
| 55  Cintron 1/2 tea & 1/2 lemonade 8 cases | $1.00 | $0.00 | | $0.00 | FA |
| 56  Cintron Fruit Punch Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 57  Sparkletts Water 2 Partial Pallets | $1.00 | $0.00 | | $0.00 | FA |
| 58  Sippin Syrup 12 Boxes | $0.00 | $0.00 | | $0.00 | FA |
| 59  Top Choice Bottled Water Partial Pallet | $0.00 | $0.00 | | $0.00 | FA |
| 60  Topo Chico Mineral Water 2 Partial Pallets | $9.00 | $0.00 | | $0.00 | FA |
| 61  Gatorade 5 cases | $9.00 | $0.00 | | $0.00 | FA |
| 62  Purple Stuff Partial Pallet | $4.00 | $0.00 | | $0.00 | FA |
| 63  Welch's Orange Partial Pallet | $7.00 | $0.00 | | $0.00 | FA |
| 64  Welch's Fruitpunch Partial Pallet | $7.00 | $0.00 | | $0.00 | FA |
| 65  Welch's Grape 2 Partial pallets | $7.00 | $0.00 | | $0.00 | FA |
| 66  Welch's Strawberry 3 cases | $7.00 | $0.00 | | $0.00 | FA |
| 67  Welch's Mango Passion Partial Pallet | $7.00 | $0.00 | | $0.00 | FA |
| 68  Welch's Orange-pinapple Partial Pallet | $7.00 | $0.00 | | $0.00 | FA |
| 69  Welch's Peach Partial Pallet | $7.00 | $0.00 | | $0.00 | FA |
| 70  Welch's Apple Partial Pallet | $7.00 | $0.00 | | $0.00 | FA |
| 71  Citron Tropical Azul Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 72  Welch's Fruit Punch 1 Pallet | $7.00 | $0.00 | | $0.00 | FA |
| 73  Tahitian Treat Partial Pallet | $4.00 | $0.00 | | $0.00 | FA |
| 74  Twisters 5 cases | $4.00 | $0.00 | | $0.00 | FA |
| 75  Fanta Orange Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 76  Coca-Cola Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 77  Troppican Mixed Types Partial Pallet | $4.00 | $0.00 | | $0.00 | FA |
| 78  Ice bags 7 Boxes | $4.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 4     Exhibit 8

| Case No.: | 12-36369-H1-7 | | Trustee Name: | Joseph Hill |
| Case Name: | MANAR BEVERAGE, INC. | | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 10/4/2017 | | §341(a) Meeting Date: | 12/27/2012 |
| | | | Claims Bar Date: | 04/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 79  Kraft Brownbag Partial pallet | $4.00 | $0.00 | | $0.00 | FA |
| 80  Greenstar Toilet paper 5 Partial Boxes | $4.00 | $0.00 | | $0.00 | FA |
| 81  Kaft Brownbag Partial Pallet | $4.00 | $0.00 | | $0.00 | FA |
| 82  WHite Plastic Bags "Thank You" 7 boxes | $4.00 | $0.00 | | $0.00 | FA |
| 83  New York Spring Water Partial Pallet | $4.00 | $0.00 | | $0.00 | FA |
| 84  X 35 Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 85  Asst Cong. (open cans) Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 86  Big Blue Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 87  Big Red Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 88  Country Time Lemonade Partial Pallet | $0.00 | $0.00 | | $0.00 | FA |
| 89  Big Blue Partial Pallet | $0.00 | $0.00 | | $0.00 | FA |
| 90  7-up 6 cases | $0.00 | $0.00 | | $0.00 | FA |
| 91  Mintue Maid Pink Lemonade Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 92  Big Pineapple-Lease | $1.00 | $0.00 | | $0.00 | FA |
| 93  Sunkist Punch 2 cases | $1.00 | $0.00 | | $0.00 | FA |
| 94  Spite 5 cases | $1.00 | $0.00 | | $0.00 | FA |
| 95  Diet Coke 4 cases | $1.00 | $0.00 | | $0.00 | FA |
| 96  Barq's Root Beer 1 case | $1.00 | $0.00 | | $0.00 | FA |
| 97  Hawain Punch 7 cases | $1.00 | $0.00 | | $0.00 | FA |
| 98  Minute Maid Lemonade 2 cases | $1.00 | $0.00 | | $0.00 | FA |
| 99  Squirt 1 case | $1.00 | $0.00 | | $0.00 | FA |
| 100 A&W Root Beer 15 cases | $1.00 | $0.00 | | $0.00 | FA |
| 101 Big Peach 4 cases | $1.00 | $0.00 | | $0.00 | FA |
| 102 Minute Maid Fruit Punch 1 case | $1.00 | $0.00 | | $0.00 | FA |
| 103 Sunkist 3 cases | $1.00 | $0.00 | | $0.00 | FA |
| 104 Arizona Water 3 cases | $0.00 | $0.00 | | $0.00 | FA |
| 105 Gatorade Partial Pallet | $0.00 | $0.00 | | $0.00 | FA |
| 106 Taitian Treat Partial Pallet | $0.00 | $0.00 | | $0.00 | FA |
| 107 4 Ozarka water 7 pallets | $3.00 | $0.00 | | $0.00 | FA |
| 108 Spicewood Cola 1 pallet | $3.00 | $0.00 | | $0.00 | FA |
| 109 Spicewood Blue Cream 1 pallet | $4.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 5   Exhibit 8

| Case No.: | 12-36369-H1-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 10/4/2017 | §341(a) Meeting Date: | 12/27/2012 |
| | | Claims Bar Date: | 04/03/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 110 | Spicewood Strawberry 1 Pallet | $4.00 | $0.00 | | $0.00 | FA |
| 111 | Sparkletts Water 2 Pallets | $4.00 | $0.00 | | $0.00 | FA |
| 112 | Clinton Water Straw Partial Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 113 | Expired Section/ random Pallet | $1.00 | $0.00 | | $0.00 | FA |
| 114 | 6 Tanks | $60.00 | $0.00 | | $0.00 | FA |
| 115 | Refund-Texas Workforce Commission (u) | $0.00 | $9.24 | | $9.24 | FA |
| 116 | 2000 Homemade trailer (u) | $0.00 | $500.00 | | $500.00 | FA |
| **Asset Notes:** | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 117 | 2001 Hyundai Trailer VIN 3H3V532C81T012002 (u) | $0.00 | $2,400.00 | | $2,400.00 | FA |
| **Asset Notes:** | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 118 | 1987 International Box Van VIN 1HTLDTVN7HH532779 (u) | $0.00 | $1,650.00 | | $1,650.00 | FA |
| **Asset Notes:** | Order authorizing sale at auction entered 03/20/13 (doc #26) | | | | | |
| 119 | Adversary No. 14-03282; JMH v  ; Complaint for 1) Breach of Fiduciary Duty; 2) Fraudulent Transfers Under 548(a)(1)(A)-Actual Fraud; Fraudulent Transfers Under 548 (A)(1)(B) -Constructive Fraud; 3) Recovery of Fraudulent Transfer Under 550; and 4) Piercing the Corporate Veil and Alter Ego (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | filed by VG 08/26/14; trial is scheduled for 09/14/15.  Face-to-face meeting to occur before 08/14/15.  Recovery dependent on successful outcome at trial.  PRE-TRIAL DEADLINES AND TRIAL DATE ABATED BY ORDER ENTERED 08/20/15. Order Dismissing Adversary entered 12/01/16 | | | | | |
| **TOTALS** (Excluding unknown value) | | $17,930.66 | $13,609.24 | | $13,609.24 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| 05/02/2017 | Amended TFR submitted to UST on 05/02/17. |
| 02/09/2017 | TFR submitted to UST 02/09/17. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6          Exhibit 8

| **Case No.:** | 12-36369-H1-7 | **Trustee Name:** | Joseph Hill |
| **Case Name:** | MANAR BEVERAGE, INC. | **Date Filed (f) or Converted (c):** | 08/28/2012 (f) |
| **For the Period Ending:** | 10/4/2017 | **§341(a) Meeting Date:** | 12/27/2012 |
| | | **Claims Bar Date:** | 04/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 03/31/2016 | Adversary abated on Trustee's motion as a result of Abu-Shlibas Ch 13 filing. Additional du diligence conducted on real estate during the Ch 13 plan leads Trustee to believe there is little equity in the property for creditors after payment of administrative expenses and cost of liquidation. Awaiting outcome of Ch 13 plan confirmation. (VG) |
| 03/29/2016 | Print and prepare tax returns for trustee review and signature. |
| 11/23/2015 | Trial deadlines abated due to Defendants filing bankruptcy. Trial may resume upon lifting of the stay or confirmation of Defendants' Ch 13 plan. |
| 06/30/2015 | Asset #199 - Trial is scheduled for 09/14/15. Face-to-face meeting to occur before 08/14/15. Recovery dependent on successful outcome at trial. Projected TFR date is 02/28/16. (VG) |
| 03/31/2015 | Suit filed against principals of Debtor. Trial set in August 2015. VG |

**Initial Projected Date Of Final Report (TFR):** 12/31/2014        **Current Projected Date Of Final Report (TFR):** 03/31/2017        /s/ JOSEPH HILL

JOSEPH HILL

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-36369-H1-7 | | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9315 | | | Checking Acct #: | ******6369 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/28/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/09/2013 | (115) | Texas Comptroller of Public Accounts | refund from TWC per our request dated 03/20/13 | 1229-000 | $9.24 | | $9.24 |
| 04/26/2013 | | Webster's Auction Palace, Inc. | Order approving sale entered 03/20/13 (doc #26); ck #2255 dated 04/17/13 | * | $13,600.00 | | $13,609.24 |
| | {4} | | | $3,000.00 | 1129-000 | | $13,609.24 |
| | {5} | | | $3,700.00 | 1129-000 | | $13,609.24 |
| | {6} | | | $1,600.00 | 1129-000 | | $13,609.24 |
| | {7} | | | $750.00 | 1129-000 | | $13,609.24 |
| | {116} | | | $500.00 | 1229-000 | | $13,609.24 |
| | {117} | | | $2,400.00 | 1229-000 | | $13,609.24 |
| | {118} | | | $1,650.00 | 1229-000 | | $13,609.24 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.42 | $13,607.82 |
| 05/02/2013 | 3001 | Webster's Auction Palace | Auctioneer fees/expenses | * | | $3,520.00 | $10,087.82 |
| | | | | $(1,360.00) | 3610-000 | | $10,087.82 |
| | | | | $(2,160.00) | 3620-000 | | $10,087.82 |
| 05/07/2013 | 3002 | JPMorgan Chase Bank, N.A. | Case ID#SB438726-I1 Research & copies of subpoenaed documents | 2990-000 | | $59.81 | $10,028.01 |
| 05/15/2013 | (115) | Texas Comptroller of Public Accounts | Refund from TWC per our request dated 03/20/13 | 1224-000 | $9.24 | | $10,037.25 |
| 05/15/2013 | (115) | DEP REVERSE: Texas Comptroller of Public Accounts | Reversed - duplicate of 04/09/13 deposit (BAM) | 1224-000 | ($9.24) | | $10,028.01 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.69 | $10,010.32 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.63 | $9,994.69 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.12 | $9,978.57 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.10 | $9,962.47 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.55 | $9,946.92 |
| 10/22/2013 | 3003 | George Adams | Bond payment | 2300-000 | | $9.47 | $9,937.45 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.04 | $9,921.41 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.49 | $9,905.92 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.98 | $9,889.94 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.95 | $9,873.99 |
| | | | SUBTOTALS | | $13,609.24 | $3,735.25 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-36369-H1-7 | | | Trustee Name: | Joseph Hill |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MANAR BEVERAGE, INC. | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9315 | | | Checking Acct #: | ******6369 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/28/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.39 | $9,859.60 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.90 | $9,843.70 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.37 | $9,828.33 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.85 | $9,812.48 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.32 | $9,797.16 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.80 | $9,781.36 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.78 | $9,765.58 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.24 | $9,750.34 |
| 10/24/2014 | 3004 | George Adams | Bond payment | 2300-000 | | $14.28 | $9,736.06 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.73 | $9,720.33 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.17 | $9,705.16 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.66 | $9,689.50 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.63 | $9,673.87 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.09 | $9,659.78 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.58 | $9,644.20 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.06 | $9,629.14 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.53 | $9,613.61 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.01 | $9,598.60 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.48 | $9,583.12 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.46 | $9,567.66 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.94 | $9,552.72 |
| 10/14/2015 | 3005 | International Sureties, Ltd | Bond payment | 2300-000 | | $4.48 | $9,548.24 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.41 | $9,532.83 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.88 | $9,517.95 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.35 | $9,502.60 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.33 | $9,487.27 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.32 | $9,472.95 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.28 | $9,457.67 |
| | | | | SUBTOTALS | $0.00 | $416.32 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36369-H1-7 | | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9315 | | | Checking Acct #: | ******6369 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/28/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.76 | $9,442.91 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.23 | $9,427.68 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.72 | $9,412.96 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.18 | $9,397.78 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.16 | $9,382.62 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.65 | $9,367.97 |
| 10/11/2016 | 3006 | International Sureties, Ltd | Bond payment | 2300-000 | | $2.94 | $9,365.03 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.11 | $9,349.92 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.59 | $9,335.33 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.06 | $9,320.27 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.03 | $9,305.24 |
| 07/12/2017 | 3007 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 | | $390.12 | $8,915.12 |
| 07/12/2017 | 3008 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 | | $47.46 | $8,867.66 |
| 07/12/2017 | 3009 | Cage, Hill & Niehaus L.L.P. | Final Distribution pro-rata atty expenses) | 3120-000 | | $143.96 | $8,723.70 |
| 07/12/2017 | 3010 | Cage, Hill & Niehaus L.L.P. | Final Distribution pro-rata atty fees | 3110-000 | | $4,029.41 | $4,694.29 |
| 07/12/2017 | 3011 | William G West, P.C., CPA | Final Distribution | 3410-000 | | $685.37 | $4,008.92 |
| 07/12/2017 | 3012 | William G West, P.C., CPA | Final Distribution | 3420-000 | | $8.92 | $4,000.00 |
| 07/12/2017 | 3013 | D Stores Direct | Final Distribution | 7100-000 | | $1,076.58 | $2,923.42 |
| 07/12/2017 | 3014 | La Familia Distributing, LLC | Final Distribution | 7100-000 | | $2,923.42 | $0.00 |

SUBTOTALS    $0.00    $9,457.67

Page No: 4     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36369-H1-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9315 | Checking Acct #: | ******6369 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/28/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $13,609.24 | $13,609.24 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,609.24 | $13,609.24 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,609.24 | $13,609.24 | |

For the period of **8/28/2012** to **10/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $13,609.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,609.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,609.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,609.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **04/09/2013** to **10/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $13,609.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,609.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,609.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,609.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36369-H1-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | MANAR BEVERAGE, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9315 | Checking Acct #: | ******6369 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/28/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $13,609.24 | $13,609.24 | $0.00 |

| For the period of 8/28/2012 to 10/4/2017 | | For the entire history of the case between 08/28/2012 to 10/4/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,609.24 | Total Compensable Receipts: | $13,609.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,609.24 | Total Comp/Non Comp Receipts: | $13,609.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,609.24 | Total Compensable Disbursements: | $13,609.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,609.24 | Total Comp/Non Comp Disbursements: | $13,609.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOSEPH HILL

JOSEPH HILL